■ DORA GRIFFEL, as Administratrix of the Estate of JACOB GRIFFEL, Deceased, et al., Respondents, v. ARTHUR B. BELFER, Appellant.— Orders, entered on February 15, 1963, modifying the notices of examinations before trial of plaintiffs and denying the cross motions, unanimously affirmed, with $20 costs and disbursements to respondents. The communications between the deceased Jacob Griffel and Mr. Berman during the bedside conference of May 31, 1953 were not confidential and not within the attorney-client privilege. On the present record the material sought from the other lawyers would seem to be protected by the confidential privilege. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ LYDIA B. MELHADO, Respondent-Appellant, v. FREDERICK A. MELHADO, Appellant-Respondent.— Order, entered on August 13, 1963, unanimously modified, on the law, on the facts and in the exercise of discretion, to provide that payments for the maintenance and education of the children shall commence as of May 9, 1963, the return date of the motion, and to eliminate all provisions for a counsel fee, without prejudice to plaintiff's renewal of an application therefor, and for expenses, upon the trial of this action. In view of the fact that plaintiff is possessed of sufficient assets to maintain this action, and that the claim for separation is not contested, the above modifications are warranted. As so modified the order appealed from is otherwise affirmed, without costs to either party. Settle order on notice. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ In the Matter of ROBERT EPPS, Petitioner, v. SUPREME COURT, STATE OF NEW YORK, FIRST JUDICIAL DEPARTMENT, SPECIAL TERMS, PARTS 1, 2 AND 5 et al., Respondents.— Application dismissed, without costs, on the ground that no appeal, proceeding under article 78, or other mode of review exists with respect to a denial of an application for a certificate of reasonable doubt. (See Code Crim. Pro., § 529.) Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.